

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2019

No. 04-19-00566-CV

**IN THE INTEREST OF J.E.R., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00940
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due on August 30, 2019, but has not been filed. We therefore ORDER the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **September 19, 2019.**

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court